| PROB 22 (Rev. 2/88) | United States District Court Southern District of Texas FILED OCT 0 5 2015 David J. Bradley, Clerk Laredo Division | DOCKET NUMBER (Tran. Court) SA-14-CR-178 (1) XR |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec. Court) L-15-1195 |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE OLEGARIO HERNANDEZ-LEAL | DISTRICT Western Texas | DIVISION San Antonio |
| | NAME OF SENTENCING JUDGE Judge Xavier Rodriguez | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 04/29/2015 | TO 04/28/2018 |
| OFFENSE Illegal Re-entry into the United States, 8 U.S.C § 1326(a) & (b) | | |

GPK

FILED OCT 1 - 2015 CLERK, U.S. DISTRICT COURT WESTERN DISTRICT OF TEXAS BY_____ DEPUTY CLERK

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Western DISTRICT OF Texas

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Southern District of Texas, Laredo Division upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_8/27/15_  
Date

_[signature]_  
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Southern DISTRICT OF Texas, Laredo Divison

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

A true copy of the original, I certify.  
Clerk, U. S. District Court  
By _[signature]_ Deputy

_9/10/15_  
Effective Date

_George P. Kazen_  
United States District Judge